# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-581
Lower Tribunal No. 20-9538

————————

**Edward F. Heil, Jr.,**
Appellant,

vs.

**Fisher Island Community Association, Inc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Mark Rutecki & Associates, P.A., and Mark C. Rutecki (Celebration); Rutecki & Associates, P.A. and Heather A. Rutecki, for appellant.

Law Offices of Geoffrey B. Marks, and Geoffrey B. Marks, for appellee Oceanside at Fisher Island Condominium Association, Inc.; and PeytonBolin, PL, and Mauri Peyton (Ft. Lauderdale), for appellee Fisher Island Community Association, Inc.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed. <u>Fla. Dep't of Health v. Florigrown, LLC</u>, 317 So. 3d 1101, 1110 (Fla. 2021) ("To the extent the decision to enter a temporary injunction involves an exercise of discretion, we defer to the trial court unless it has abused its discretion."); <u>Briceño v. Bryden Invs., Ltd.</u>, 973 So. 2d 614, 616 (Fla. 3d DCA 2008) ("A trial court has wide discretion to grant or deny a temporary injunction and an appellate court will not interfere with the exercise of such discretion unless the party challenging the grant or denial clearly shows an abuse of that discretion.") (quoting <u>Perry & Co. v. First Sec. Ins. Underwriters, Inc.</u>, 654 So. 2d 671, 671 (Fla. 3d DCA 1995)).